700 A.2d 937

**In re TRANSFER TO INACTIVE STATUS PURSUANT TO RULE 111(b), PA.R.C.L.E.**

**No. 8 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 26, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 26th day of September, 1997, it is hereby ORDERED that William W. McVay, III, Attorney Registration No. 58310, and Louis Alfred Piccone, Attorney Registration No. 55347, are to be transferred to inactive status pursuant to Rule 111(b), Pa.R.C.L.E.; and it is further ORDERED that the said transfers to inactive status shall be effective thirty (30) days after the date of this Order pursuant to Rule 217, Pa.R.D.E.